the applicable standards by balancing Father's best interests against the Children's.

In my view, the resultant incapacity derived from a parent's incarceration, in light of the length of the sentence imposed, can and should be considered in the evaluation of whether termination is appropriate under 23 Pa.C.S. § 2511(a)(2), (5), and (8), and whether it is in the children's best interests pursuant to 23 Pa.C.S. § 2511(b). Therefore, I would affirm the Superior Court, and I dissent.

36 A.3d 587

**Rachel WHALEN, Respondent**

v.

**BAYER CORPORATION, Bayer Healthcare LLC, Bayer Healthcare Pharmaceuticals Inc., f/k/a Berlex, Inc., f/k/a Berlex Laboratories, Inc. on its own Behalf and as Successor by Merger to Bayer Pharmaceuticals Corporation, and Bayer Pharma AG, f/k/a Bayer Schering Pharma AG, Petitioners.**

**No. 123 EM 2011.**

Supreme Court of Pennsylvania.

Feb. 1, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of February, 2012, as Petitioners' Amended Application for Exercise of King's Bench Powers or Extraordinary Jurisdiction replaced the initial Application for Exercise of King's Bench Powers or Extraordinary Jurisdiction, the initial Application for Exercise of King's Bench Powers or Extraordinary Jurisdiction is **DISMISSED.** Additionally, the Motion for Leave to File Reply Brief and the Motion for Leave to Supplement Application are **GRANTED.**

Furthermore, the Amended Application for Exercise of King's Bench Powers or Extraordinary Jurisdiction is **DENIED.** Finally, the Motion for Consolidation is **DISMISSED AS MOOT.**

36 A.3d 588

Nicole WEIR, Respondent

v.

BAYER CORPORATION, Bayer Healthcare LLC, Bayer Healthcare Pharmaceuticals Inc., f/k/a Berlex, Inc., f/k/a Berlex Laboratories, Inc. on its own behalf and as successor by Merger to Bayer Pharmaceuticals Corporation, and Bayer Pharma AG, f/k/a Bayer Schering Pharma AG, Petitioners.

No. 124 EM 2011.

Supreme Court of Pennsylvania.

Feb. 1, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of February, 2012, as Petitioners' Amended Application for Exercise of King's Bench Powers or Extraordinary Jurisdiction replaced the initial Application for Exercise of King's Bench Powers or Extraordinary Jurisdiction, the initial Application for Exercise of King's Bench Powers or Extraordinary Jurisdiction is **DISMISSED.** Additionally, the Motion for Leave to File Reply Brief and the Motion for Leave to Supplement Application are **GRANTED.** Furthermore, the Amended Application for Exercise of King's Bench Powers or Extraordinary Jurisdiction is **DENIED.**